UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ATTENTIVE MOBILE INC., <br><br>  Plaintiff, <br><br> v. <br><br> STODGE INC., <br><br>  Defendant. | CASE NO. MC24-50 JNW <br><br> ORDER TO SHOW CAUSE |

The Court issues this Order to Show Cause <u>sua sponte</u> concerning Plaintiff's Motion to Compel A Foreign Subpoena for Third Party Testimony. (Dkt. No. 1.) The Court has reviewed the docket in the underlying lawsuit in the District Court of Delaware: <u>Attentive Mobile Inc. v. Stodge Inc.</u>, C.A. No. 23-87-CB. The Court notes that the target of the present subpoena, Mindy Regnell, successfully moved the District Court of Delaware to quash the subpoena Attentive issued to her. <u>See</u> Oral Order, Dkt. No. 464 (D. Del. Nov. 27, 2024). It would appear that the District Court of Delaware's ruling moots the pending Motion to Compel filed with this Court. The Court therefore ORDERS Plaintiff to SHOW CAUSE as to why the Court should not deny

1 | the Motion to Compel in this matter given the Court's ruling in the District Court of Delaware.

2 | Plaintiff must file a response of no more than 2,100 words within seven days of entry of this

3 | Order.

4 |     The clerk is ordered to provide copies of this order to all counsel.

5 |     Dated April 4, 2025.

                                                  Marsha J. Pechman
                                                United States Senior District Judge