UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ATTENTIVE MOBILE INC., | CASE NO. MC24-50 JNW |
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | |
| STODGE INC., | |
| Defendant. | |

The Court issued an Order to Show Cause asking Plaintiff to explain whether the pending Motion to Compel was mooted by a decision in the underlying lawsuit in the District Court of Delaware: <u>Attentive Mobile Inc. v. Stodge Inc.</u>, C.A. No. 23-87-CB. (Dkt. No. 4.) Plaintiff has now responded, explaining that the request at issue in its Motion to Compel has been resolved by the District Court of Delaware, and this miscellaneous case may be dismissed. (Dkt. No. 5.) Accordingly, the Court DENIES the Motion to Compel as MOOT and DISMISSES this matter. The Court directs the Clerk to TERMINATE this matter.

\\

ORDER DISMISSING ACTION - 1

1  The clerk is ordered to provide copies of this order to all counsel.

2  Dated April 9, 2025.

Marsha J. Pechman
United States Senior District Judge